| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | FILING DATE MO. DAY YR. | NATURE OF SUIT | DIV. | JURY | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 5 | 89 1470 | 11 24 89 | 350 | 2 | 1 | 10000 | 2511 | | 54019 | P | 89 1470 |

**PLAINTIFFS**

ARBOGAST, LEWIS E.,
Administrator of the Estate of
ARBOGAST, LISA

**DEFENDANTS**

TOWN OF FAYETTEVILLE,
FAYETTEVILLE POLICE DEPARTMENT,
OFFICER, SMITH, R.R.
OFFICER, CURRY, WILLIAM
FAYETTE COUNTY
FAYETTE COUNTY SHERIFF'S DEPUTY
MARTIN, C.E. and the WEST VIRGINIA
DEPARTMENT OF HIGHWAYS of the State
of West Virginia  dismissed per order of 5-31-

CONSOLIDATED WITH CIVIL ACTION NO. 5:89-1457. LEAD CASE NO. 5:89-1457. (Pur. Order of 01-03-91)

cds

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC §1332, Personal Injury and 42 USC §1983, Civil rights

**ATTORNEYS**

D. Clinton Gallaher, IV
P.O. Box 127
Fayetteville, WV  25840

(304) 574-3333

Ralph Young
P.O. Drawer 1145
Oak Hill, WV  25901

**WEST VIRGINIA DEPT. OF HIGHWAYS**
Edgar A. Poe, Jr.
SHUMAN, ANNAND & POE
P.O. Box 3953
Charleston, WV  25339-3953

Town of Fayetteville
Fayetteville Police Dept.
Officer R.R. Smith
Officer William Curry

Steven P. McGowan
W. Randolph Fife
STEPTOE & JOHNSON
P.O. Box 1588
Charleston, WV  25326    (342-2191)

Fred A. Jesser, III
Love Building - Drawer 450
Fayetteville, WV  25850  (574-0173

FAYETTE COUNTY COMMISSION/Fayette County Sheriff's
Dept. and C. E. Martin
Jeffrey M. Wakefield
Kay, Casto, Chaney, Love & Wise
P.O. Box 2031
Charleston, W. Va.  25327

**FILING FEES PAID**

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|
| | 11-24-89 | Rec # 42046 | |

**STATISTICAL CARDS**

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 8/87)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11-24-89 | 1 | **COMPLAINT;** Iss. orig & 1 summs ret. 30 days for each deft. to counsel for service. | cds |
| 01-10-90 | 2 | **ANSWER** of Defts. Town of Fayetteville, FAyetteville Police Dept., Officer R.R. Smith and Officer William Curry. | cds |
| 01-16-80 | 3 | **ANSWER** of Fayette County Commission/Fayette County Sheriff's Dept. and C. E. Martin. | |
| 02-02-90 | 4 | **MOTION** of Deft. WV Dept. of Highways of the State of WV to Dismiss w/**NOTICE** of Hearing at a date and time to be determined by the Court. | slr |
| | * | **MEMORANDUM** in Support of Motion to Dismiss of the Deft. WV Dept. of Highways of the State of WV. | slr |
| 03-01-90 | 5 | **CERTIFICATE OF SERVICE** of Deft. Town of Fayetteville, Fayetteville Police Dept., Officer R.R. Smith & Officer William Curry's First Set of Interrogatories & Request for Production of Documents and Things to Pltf. | cds |
| 04-18-90 | 6 | **CERTIFICATE OF SERVICE reflecting  counsel for Defts. Fayette co. Commission/** Fayette County Sheriff's Dept. and C. E. Martin served Interrogatories to Pltf. Set No One etc. | |
| | 7 | **CERTIFICATE OF SERVICE** reflecting that Defts. Fayette County Commission/ Fayette County Sheriff's Dept. and C. E. Martin served Request for Production of Documents of the Fayette Co. etc. | |
| 05-08-90 | 8 | **CERTIFICATE OF SERVICE** of Plaintiff's Answers to Interrogatories & Verification. | cds |
| 05-08-90 | 9 | **MOTION** of Deft., Town of Fayetteville, to Compel. | cds |
| 06-08-90 | 10 | **MOTION** of Defts. Fayette County Commission/Fayette County Sheriff's Dept. and C.E. Martin to Compel w/**NOTICE** of Hearing at a date and time to be determined by the Court. | slr |
| **06-12-90** | 11 | **CERTIFICATE OF SERVICE,** Counsel for Pltf. served Answers to Interrogatories to Jeffrey M. Wakefield, 6/11/90. | fjd |
| 06-12-90 | 12 | **ORDER (2511):** directing Pltf. to file a resp. to Deft. WV Dept. of Highways' Mtn. to Dismiss w/i 10 days of the date of this Order. Deft. WV Dept. of Highways shall then have 7 days to file any desired reply thereto. Deft. Town of Fayetteville's Mtn. to Compel is denied as moot. cc: atys. (EOD 06-12-90) | slr |
| 10-9-90 | 13 | **CERTIFICATE OF SERVICE** of Defts.' (Fayette Co. Commission, Fayette Co. Sheriff's Dept and C.E. Martin) Response to Pltf.'s First set of Interrogatories upon Ralph C. Young, D. Clinton Gallaher, IV, Steven P. McGowan and Edgar A. Poe, Jr. | rle |
| 10-09-90 | 14 | **TIME FRAME ORDER (2511):** joinder & 12(b) mtns. 11-16-90; disc. 1-16-91; disp. mtns. 2-5-91, response 2-19-91 and reply 2-26-91; PTO 2-26-91; Mtns. in limine 3-25-91, responses 4-8-91; PTC  4-1-91 11:30 a.m., BK; FSC 11:30 4-15-91, BK: **TRIAL 4-16-91** 9:30 a.m., BK, etc.  cc/counsel. | cds |
| 10-29-90 | 15 | **CERTIFICATE OF SERVICE** of Deft. Fayette County Commission/Fayette County Sheriff's Dept. & C.E. Martin's Request for Supplementation of Prior Discovery Responses. | cds |
| 10-29-90 | 16 | **CERTIFICATE OF SERVICE** of Deft.s Fayette C. Commission/Fayette Co. Sheriff's Dept. & C.E. Martins Interrogatories (Set No. 2) to pltf. | cds |
| 10-31-90 | 17 | **CERTIFICATE OF SERVICE** by Deft. of Respons fo Deft. Town of Fayetteville to Pltf.'s First Interrogatory. | rle |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1470 |
|---|---|---|
| LEWIS E. ARBOGAST, ADMINISTRATOR | TOWN OF FAYETTEVILLE, et. al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-02-90 | 18 | **CERTIFICATE OF SERVICE** for Defts.' Fayette County Commission/Fayette Coutny Sheriff Dept. and C. E. Martin Interrogatories to Pltf. - Set No. 3, served upon counsel of record on 11-01-90. slr |
| 12-14-90 | 19 | **NOTICE OF MOTION TO COMPEL** by Deft.s Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C. E. Martin, w/CERTIFICATE OF SERVICE UPON opposing counsel. rle |
| 12-28-90 | 20 | **JOINT MOTION** to Consolidate Cases for Purposes of Discovery and Trial and **JOINT MOTION** for Entry of a New Time Frame Order. slr |
|  | 21 | **CERTIFICATE OF SERVICE** for Pltf.'s Answers to Interrogatories of Fayette Co. Comm./Fayette Co. Sheriff's Dept. and C. E. Martin-- Set No. Two and Supplementation to Pltf.'s Response to Interrogatories--First Set, served upon counsel of record on 12-27-90. slr |
| 01-03-91 | 22 | **ORDER** (2511): granting parties' joint motions to consolidate cases for purposes of Disc. and Trial and for entry of a new TFO. The Clerk shall enter a new TFO w/ disc. cut-off date of 04-22-91. cc: atys. (EOD 01-04-91) slr |
| 01-15-91 | 23 | **TIME FRAME ORDER** (2511): Disc. shall be completed by 04-22-91; S/J and Disp. Mtns. shall be filed by 05-13-91, w/ resp. by 05-28-91 and reply by 06-04-91. PTO shall be submitted to the Court for entry by 06-04-91. Mtns. in Limine shall be filed by 06-25-91 w/resp. due by 07-09-91. Charges to the Jury/Findings of Fact and Conclusions of Law shall be submitted to the Clerk by 09-03-91. PTC shall be held on 08-26-91, 1:30 p.m., BK. FSC shall be held on 09-09-91, 10:00 a.m., BK. Trial shall commence on 09-10-91, 9:30 a.m., BK. cc: atys. (EOD 01-16-91) slr |
| 01-29-91 | 24 | **CERTIFICATE OF SERVICE** of Deft. Town of Fayetteville's Interrogatory to Deft. William Smith. rle |
| 01-29-91 | 25 | **CERTIFICATE OF SERVICE** of Deft. Town of Fayetteville's Interrogatory to Pltf. Lewis E. Arbogast. rle |
| 02-04-91 | 26 | **NOTICE** of Defts. Fayette Co. Commission/Fayette Co. Sheriff and C. E. Martin to depose Lewis E. Arbogast on 2-18-91 at 10:00 a.m. in BK. rle |
| 03-20-91 | 27 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Supplemental Interrogatory to Pltf Lewis E. Arbogast. rle |
| 03-20-91 | 28 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Supplemental Interrogatori to Deft William Smith. rle |
| 03-20-91 | 29 | **CERTIFICATE OF SERVICE** of Deft Town of Fayetteville's Interrogatory to Pltf Michael Pritchard. rle |
| 03-21-91 | 30 | **NOTICE** by deft WVDOH of hearing on Motion of Deft WVDOH to Dismiss. rle |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LEWIS E. ARBOGAST, Adm. of Estate of LISA ARBOGAST | TOWN OF FAYETTEVILLE, et al | DOCKET NO. 5:89-1470<br>PAGE ___ OF ___ PAGES |

R

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03-26-91 | 31 | **MOTION** of Deft Town of Fayetteville to compel against Deft William Smith. rle |
| 03-26-91 | 32 | **MOTION** of Deft Town of Fayetteville to compel against Pltf Lewis E. Arbogast. rle |
| 03-26-91 | 33 | **CERTIFICATE OF SERVICE** of Pltf's Interrogatoaries to Deft, Twon of Fayetteville. rle |
| 03-26-91 | 34 | **CERTIFICATE OF SERVICE** of Pltf's Interrogatories to Deft, Fayette Co Sheriff's Dept. rle |
| 03-26-91 | 35 | **CERTIFICATE OF SERVICE** of Pltf's Response to Deft Town of Fayetteville's Supplemental Interrogatory to Pltf Lewis E. Arbogast. rle |
| 04-01-91 | 36 | **CERTIFICATE OF SERVICE** by Pltf of Pltf Michael Lee Pritchard, Jr.'s Supplemental Answer to Interrogatory No. 6 of Interrogatories Propounded by Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry to Pltf - Fist Set. rle |
| 04-08-91 | 37 | **NOTICE OF DEPOSITION** by deft to depose Lewis E. Arbogast via telephone on 4-9-91. rle |
| 04-11-91 | 38 | **NOTICE OF DEPOSITIONS** to be held 4-22-91 in Beckley by Defts: Kenneth/Dennis Bryant, 10:00 a.m., and Gene Gambel, 11:00 a.m. rle |
| 04-12-91 | 39 | **AMENDED NOTICE OF DEPOSITIONS** by Deft to depose Kenneth/Dennis Bryant on 4-22-91 at 10:00 a.m. and Gene Gambel (Duces Tecum) on 4-22-91 at 11:00 a.m., BK. rle |
| 04-16-91 | 40 | **NOTICE OF DEPOSITIONS** by deft, Town of Fayetteville, to depose Kenneth/Dennis Bryant and Gene Dean Gamble on 5-3-91 at 10:00 a.m., BK. rle |
| 04-18-91 | 41 | **NOTICE OF DEPOSITION** by deft to depose Michael Pritchard's expert, Robert DiGrazia on 4-20-91 at 10:30 a.m., Annapolis, MD. rle |
| 04-18-91 | 42 | **CERTIFICATE OF SERVICE** by deft of Notice of Depositions upon counsel of record. rle |
| 04-22-91 | 43 | **CERTIFICATE OF SERVICE** by Deft of Responses of Defts Town of Fayetteville, Fayetteville Police Dept and Officer R. R. Smith to Pltf Michael Lee Pritchard, Jr., Request for Admissions as to Authenticity of Documents.. rle |
| 04-22-91 | 44 | **CERTIFICATE OF SERVICE** by Pltf of Answers of Pltf Michael Lee Pritchard, Jr. to Interrogatories of the Fayette County Sheriff's Dept and C. E. Martin -- Set No. Two. rle |
| 04-22-91 | 45 | **STIPULATION** of Parties to extend discovery cut-off. rle |

DC-111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1470 |
|---|---|---|
| LEWIS E. ARBOGAST, Adm. of Estate of LISA ARBOGAST | TOWN OF FAYETTEVILLE, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 04-23-91 | 46 | **CERTIFICATE OF SERVICE** by Pltf of Answer of Pltf Michael Lee Pritchard, Jr. to Deft Town of Fayetteville's Interrogatory. rle |
| 04-23-91 | 47 | **CERTIFICATE OF SERVICE** by Defts of Responses of Defts Town of Fayetteville, Fayetteville Police Dept, Officer William Curry and Officer R. R. Smith to Pltf Michael Lee Pritchard, Jr.'s Second Set of Interrogatories. rle |
| 04-23-91 | 48 | **CERTIFICATE OF SERVICE** by Defts of Answers of Defts, Fayette Co Commission/ Fayette Co Sheriff's Dept and C. E. Martin to the Interrogatories Propounded by Pltf Michael Lee Pritchard, Jr. - Set No. Two. rle |
| 04-23-91 | 49 | **CERTIFICATE OF SERVICE** by Pltf of Pltf Michael Lee Pritchard, Jr.'s Response to First Request for Production of Documents Propounded by Defts Fayette Co Sheriff's Dept and C. E. Martin. rle |
| 04-23-91 | 50 | **CERTIFICATE OF SERVICE** by Defts of Responses of Defts, Fayette County Commission/ Fayette Co Sheriff's Dept and C. E. Martin, to the Request for Admissions as to Authenticity of Documents Propounded by Pltf, Michael Lee Pritchard, Jr. - Set One. rle |
| 04-23-91 | 51 | **CERTIFICATE OF SERVICE** by Defts of response of the Defts, Fayette Co Commission/ Fayette Co Sheriff's Dept and C. E. Martin to the REquest for Production of Documents Propounded by Pltf Michael Lee Pritchard, Jr. - Set No. One. rle |
| 04-23-91 | 52 | **CERTIFICATE OF SERVICE** by Defts of Response of Defts, Fayette Co Commission/ Fayette Co Sheriff's Dept and C. E. Martin to Pltf's Interrogatories. rle |
| 04-25-91 | 53 | **RETURN OF SERVICE** of Deposition Subpoena served on Kenneth Bryant on 4-17-91. rle |
| 04-25-91 | 54 | **NOTICE OF DEPOSITION** by Defts to depose Dr. Donald Newell, Sr. on 5-3-91 at 2:00 p.m., BK. rle |
| 04-30-91 | 55 | **AMENDED NOTICE OF DEPOSITION** by Defts to depose Dr. Donald Newell, Sr. on 5-3-91 at 3:00 p.m., BK. rle |
| 05-06-91 | 56 | **RETURN OF SERVICE** of Deposition Subpoena issued for Donald Newell, Jr.,; personal service made 4-29-91. rle |
| 05-14-91 | 57 | **MOTION FOR SUMMARY JUDGMENT** of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry w/MEMORANDUM in Support of that Motion. rle |
| 05-14-91 | 58 | **MOTION FOR SUMMARY JUDGMENT** of Defts Fayette County Commission, Fayette County Sheriff's Dept and Deputy C. E. Martin (Exhibits A through Y placed in CAse No. 5:89-1470). rle |
| 05-24-91 | 59 | **MOTION** of Pltfs, Michael Pritchard, Jr., and Lewis E. Arbogast, Adm of the Estate of Lisa Arbogast, to Extend Time w/in which to File and Serve Pltfs' Oppositions to Defts' Motions for Summary Judgment. rle |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1470 |
|---|---|---|
| LEWIS E. ARBOGAST, etc. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS   R |
|---|---|---|
| 05-24-91 | 60 | **SUPPLEMENTAL MOTION** of Pltf, Lewis E. Arbogast, Adm of the Estate of Lisa Arbogast, to Extend Time w/in which to File and SErve the Pltfs' Oppositions to the Defts' Motions for Summary Judgment.                                                                                           rle |
| 05-24-91 | 61 | **CERTIFICATE OF SERVICE** by Pltf of Documents 59-60.                                      rle |
| 05-24-91 | 62 | **NOTICE OF DEPOSITIONS** by Deft Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry to depose: Dr. James Knight on 5-28-91 at 9:30 a.m., Laguna Niguel, CA; Dr. Raymond Schultz on 5-29-91 at 10:00 a.m., Pasadena, CA; Dr. Lawrence Miller on 5-29-91 at 3:30 p.m., Glendale, CA; Margaret Murphy on 5-29-91 at 5:00 p.m., South Pasadena, CA; Dr. Judith Sill on 5-30-91 at 10:00 a.m., Oceanside, CA; and Dr. Leonard Matheson on 5-30-91 at 3:30 p.m., Santa Ana, CA.                                                   rle |
| 05-24-91 | 63 | **CERTIFICATE OF SERVICE** of Notice of Depositions by Atty McGowan upon all counsel of record.                                                                                          rle |
| 05-28-91 | 64 | **AMENDED NOTICE OF DEPOSITION** by Deft, Town of Fayetteville, to depose: Dr. James Knight on 5-28-91 at 9:30 a.m., Laguna Niguel, CA; Dr. Raymond Schultz on 5-29-91 at 10:00 a.m., Pasadena, CA; Dr. Lawrence Miller on 5-29-91 at 3:30 p.m., Glendale, CA; Dr. Judith Sill on 5-30-91 at 9:45 a.m., Oceanside, CA; and Dr. Leonard Matheson on 5-30-91 at 3:30 p.m., Santa Ana, CA.                                rle |
| 05-30-91 | 65 | **ORDER (2511):** Motion to Dismiss the WV Dept of Highways of State of WV, based on lack of subject matter jurisdiction pursuant to the Eleventh Amendment of US Constitution is GRANTED and this civil action against the WV Dept of Highways of the State of WV, including all claims and cross-claims against it are dismissed.  cc: counsel of record  (EOD 05-30-91)                                     rle |
| 06-03-91 | 66 | **ORDER (2511):** pltfs. motion for extension of time to file a response to defts. motions for s/j is GRANTED; pltfs. are to file w/clerk their responses to defts. motions for s/j on or before 6-7-91; counsel for defts. are ordered to file any reply with Clerk on or before 6-17-91; current TFO remains in full force & effect.  cc/counsel.                                                        cds |
| 06-11-91 | ** | **JOINT MEMORANDUM OF CONSOLIDATED PLTFS,** Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposition to Motions of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R. R. Smith and Officer William Curry, and Defts Fayette Co, Fayette Co Sheriff's Dept and Sheriff's Deputy C. E. Martin for Summary Judgments -- VOLUMES I and II (Filed in 5:89-1457 and docketed as Nos. 94 and 95).                                                                  rle |
| 06-13-91 | ** | **JOINT MEMORANDUM** of Consolidated Pltfs. Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator, in Opposition to Mnts. of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith, and Officer William Curry and Defts. Fayette County, Fayette Co. Sheriff's Dept. and Sheriff's Deputy C. E. Martin for S/J, Volumes I and II (Filed in 5:89-1457 and docketed as Nos. 97 and 98).                                                              slr |

DC-111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1470 |
|---|---|---|
| LEWIS E. ARBOGAST, etc. | TOWN OF FAYETTEVILLE, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06-17-91 | 67 | **JOINT MOTION** of "County Defts" and "Fayetteville Defts" for Extension of Time to File Response w/CERTIFICATE OF SERVICE, 6-14-91.    rle |
| 06-18-91 | 68 | **NOTICE OF DEPOSITION** by Pltf to depose Jack Manning on 6-20-91 at 1:00 p.m., Oak Hill, WV.    rle |
| 06-18-91 | 69 | **CERTIFICATE OF SERVICE** of Notice of Deposition upon counsel of record served 6-14-91.    rle |
| 06-20-91 | 70 | **CORRECTIVE NOTICE OF DEPOSITION** by counsel for Pltf to take deposition of Jack Manning on 6-20-91 at 1:00 p.m., BK, WV.    rle |
| 06-24-91 | ** | **MOTION** of Defts. Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C.E. Martin to Stay Proceedings and for Protective Order. (Original Documents filed in civil action no. 5:89-1457)    slr |
|  | ** | **REPLY** to Pltfs.' Joint Memorandum in Opposition to County Defts.' Motion for S/J by Fayette Co. Commission/Fayette Co. Sheriff's Dept. and C. E. Martin. (Original Document filed in civil action no. 5:89-1457)    slr |
| 06-26-91 | ** | **REPLY** of Defts. Town of Fayetteville, Fayetteville Police Dept., Officer R. R. Smith and Officer William Curry in Support of Their Motion for S/J. (Orig. document filed in 5:89-1457, document #104)    slr |
| 07-01-91 | 71 | **MOTION** of Pltfs, Michael Pritchard, Jr. and Lewis E. Arbogast, Administrator of Estate of Lisa Arbogast, to Continue the Trial Date and Related Pre-trial Dates forty-Five to Sixty Days.    rle |
| 07-05-91 | 72 | **RESPONSE** of Deft. William D. Smith, to the Pltfs. Motion to Continue Trial & other Pre-trial dates.    cds |
| 07-09-91 | 73 | **MOTION** of Defts. Town of Fayetteville, Fayetteville Police Dept., Ofc. R.R. Smith and Ofc. Wm. Curry for Status Conference.    slr |
|  | 74 | **MOTION** of Defts. Town of Fayetteville, Fayetteville Police Dept., Ofc. R.R. Smith, and Ofc. Wm. Curry to Disqualify Pltf.'s Atty., Jeremy H. West.    slr |
|  | 75 | **MEMORANDUM** of Defts. Town of Fayetteville, Fayetteville Police Dept., Ofc. R.R. Smith and Ofc. Wm. Curry in Support of Mtn. to Disqualify Jeremy H. West, Atty. for Pltf. Michael Pritchard, Jr.    slr |
| 07-29-91 | 76 | **MEMORANDUM** of Pltf in Opposition to Defts' Motion to Disqualify Pltf's Atty, Jeremy H. West.    rle |
| 07-29-91 | 77 | **MOTIONS** in Limine of Defts. Town of Fayetteville, Fayetteville Police Dept. and Ofcs. R. R. Smith and William Curry.    slr |
|  | 78 | **MEMORANDUM** of Law in Support of Mtns. in Limine of Defts. Town of Fayetteville, Fayetteville Police Dept. and Ofcs. R. R. Smith and William Curry.    slr |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 5:89-1470 |
|---|---|---|
| ARBOGAST | TOWN OF FAYETTEVILLE | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 07-29-91 | 79 | **SUPPLEMENT** to Reply Memorandum of Defts. Town of Fayetteville, Fayetteville Police Dept., Ofc. R. R. Smith and Ofc. William Curry in Support of Their Mtn. for S/J; these pages from the deposition of William D. Smith should be made a part of Exhibit A.  slr |
| 08-22-91 | 80 | **CERTIFICATE OF SERVICE** for Supplemental Response of the Defts., Fayette Co. Comm./Fayette Co. Sheriff's Dept. and C.E. Martin to the Request for Production of Documents Propounded by Pltf. Michael Lee Pritchard, Jr., Set No. One, served upon counsel of record on 08-21-91.  slr |
| 09-03-91 | 81 | **ANSWER** of Defts Town of Fayetteville, Fayetteville Police Dept, Officer R.R. Smith and Officer William Curry to the Cross-Claim of Deft William D. Smith.  rle |
| 09-04-91 | 82 | **ORDER (2511):** pltf. Pritchard's motion for continuance is GRANTED; that a status conference/settlement conference 9-23-91 1:30 p.m., ; proposed charges to jury submitted by 11-5-91; PTC 10-21-91 3:00 p.m., BK; FSC 11-12-91 2:00 p.m., BK; **TRIAL 11-13-91 9:30 a.m., BK.** cc/counsel. (EOD 9-4-91).  cds |
| 09-05-91 | 83 | **ANSWER** of Fayette Co Commission/Fayette Co Sheriff's Dept and Deputy C. E. Martin to the Crossclaim of William D. Smith.  rle |
| 09-09-91 | 84 | **NOTICE** by James M. Henderson, II, atty for Deft William D. Smith, of Scheduling Conflicts.  rle |
| 09-12-91 | 85 | **ORDER (2511):** In accordance w/conflict resolution provisions, it is ORDERED that this Court's September 4, 1991 order be AMENDED as follows: Proposed Charges to Jury, 1-14-92; PTC, 1-9-92 at 2:00 p.m., USDC, BE; FSC, 1-21-92, at 1:30 p.m., USDC, BE; and Trial, 1-22-91 at 9:30 a.m., USDC, BE. All other portions of the 9-4-91 order remain in full force and effect, including establishment of a status conference/settlement conference to be held in USDC, BE on 9-23-91 at 1:30 p.m.. cc: counsel of record (EOD 09-12-91)  rle |
| 09-12-91 | ** | **LETTERS** from Atty Henderson and Hon John C. Ashworth addressed to Judge Hallanan placed on left side of file.  rle |
| 09-18-91 | 86 | **ORDER APPROVING DISTRIBUTION OF SETTLEMENT PROCEEDS** (2511): vacating the consolidation of 5:89-1457 and 5:89-1470, and approving the compromise and distribution of settlement proceeds proposed by the Pltf. for 5:89-1470. The Administrator is authorized to execute a release to the defts. and to distribute the settlement proceeds in accordance with this order. Case No. 5:89-1470 is dismissed w/prejudice and stricken from the docket of this Court. cc: atys. (EOD 09-18-91)  slr |
| | | <u>C L O S E D</u> |